The People of the State of New York, Respondent, v. Ernesto Leporino, Appellant.—Judgment and order affirmed. No opinion. Present—Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of Leman B. Treadwell.—Reference ordered to official referee. Order to be settled on notice. Present—Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of Richard W. Darling.—Reference ordered to official referee. Order to be settled on notice. Present—Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Seymour L. Rau, Respondent, v. The Mutual Life Insurance Company of New York, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Moritz Walter and Another, as Executors, etc., Appellants, v. Katherine G. Farrell, Respondent.—Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present—Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of Supplementary Proceedings against Edmund K. Stallo, Respondent, by George G. Miles, Jr., as Ancillary Administrator, etc., Appellant.—Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, the time for the judgment debtor to appear to be fixed in the order. No opinion. Order to be settled on notice. Present—Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Solomon Lashinsky, Respondent, v. The Board of Education of the City of New York, Appellant.—Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion to that extent denied. No opinion. Present—Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of the Petition of John W. Merriam, Appellant, to Modify the Judgment of Divorce between Adelaide M. Merriam, Plaintiff, against John W. Merriam, Defendant. Adelaide M. Merriam, Respondent.—Order reversed and motion granted to the extent stated in order herein. No opinion. Present—Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of the Application of Eva Geraldine Jeffries, Appellant, for an Order Requiring Enos S. Booth, an Attorney at Law, Respondent, to Deliver to Her Certain Property and Moneys Alleged to Belong to Her.—Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

A. W. Duckett & Company, Respondent, v. N. Leslie Carpenter and Others, Doing Business under the Firm Name, etc., Appellants.—Order affirmed, without costs. No opinion. Present—Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.